IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CHARLES EUGENE TINSLEY, #05129-112                               PLAINTIFF

VS.                                          CIVIL ACTION NO.  5:05cv22DCBJCS

CONSTANCE REECE, Warden
  FCC-Yazoo City                                                 RESPONDANT

JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed with prejudice as to the jurisdictional issue and without prejudice as to all other issues.  Pack v. Yusuff, 218 F.3d 448, 454-455 (5th Cir. 2000).

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice as to the jurisdictional issue and without prejudice as to all other issues.  Pack v. Yusuff, 218 F.3d 448, 445-455 (5th Cir. 2000).

SO ORDERED this the 5th day of January, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE